# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION


ALEJANDRO FIGUEREDO,

     Plaintiff,

v.                                 CASE NO. 4:04cv323-RH/WCS

JAMES V. CROSBY, et al.,

     Defendants.

_____/


## ORDER DISMISSING COMPLAINT IN PART

This matter is before the court on the Magistrate Judge's Report and Recommendation (document 27), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The Report and Recommendation is ACCEPTED and adopted as the opinion of the court.  Defendant James V. Crosby's motion to dismiss (document 18) is GRANTED.  All claims against Mr. Crosby in his official capacity are dismissed for lack of jurisdiction based on the Eleventh Amendment.  All claims against Mr. Crosby in his individual capacity are dismissed for failure to state a claim upon which relief may be granted.  This matter is remanded to the Magistrate Judge for

further proceedings.

SO ORDERED this 10th day of May, 2005.

s/Robert L. Hinkle
Chief United States District Judge