# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ALEJANDRO FIGUEREDO,**

    Plaintiff,

vs.                                                    CASE NO. 4:04cv323-RH/WCS

**LYNN HILL, Assistant Warden,**
**LAUNDRY ROOM SERGEANT,**
**LAUNDRY ROOM OFFICER**

    **Defendants.**

    _____/

## O R D E R

    This cause is before the Court upon order of remand from United States District Judge Robert Hinkle.  Doc. 30.  All claims against Defendant Crosby have been dismissed and that Defendant is no longer a party in this case.  *Id.*  Plaintiff should omit Defendant Crosby from the list of Defendants on the first page of future documents he submits to the Court.  This complaint now proceeds against the only other served Defendant in this case, Assistant Warden Lynn Hill.  Defendant Hill has been granted an enlargement of time in which to file the special report.  Docs. 28, 29.  The report is due to be filed on or before May 25, 2005.  Doc. 29.  Plaintiff will be notified by the Court as to when he should respond to the special report and need not file anything until he is ordered to do so.

Plaintiff is reminded that service was not, (*see* doc. 14) and cannot be, directed on unknown Defendants. It is Plaintiff's responsibility to determine the names and identities of those unknown John Doe Defendants if he intends to bring claims against them. Plaintiff may be able to determine these unknown persons through the special report process. If that does not reveal their identities, Plaintiff may file a motion for discovery; however, Plaintiff should not file such a motion until after Defendant Hill has filed the special report.

Accordingly, it is **ORDERED** that the Clerk of Court shall return this file to the undersigned upon receipt of Defendant Hill's response to Plaintiff's amended complaint, or no later than May 25, 2005.

**DONE AND ORDERED** on May 16, 2005.

s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 4:04cv323-RH/WCS