IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALEJANDRO FIGUEREDO,

    Plaintiff,

v.        CASE NO. 4:04cv323-RH/WCS

LYNN HILL, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's second report and recommendation (document 36), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The second report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendant Lynn Hill's motion for summary judgment (documents 32 and 33) is GRANTED. Plaintiff's claims are DISMISSED WITH PREJUDICE. The clerk shall enter judgment accordingly and shall close the file.

SO ORDERED this 8th day of February, 2006.

        s/Robert L. Hinkle
        Chief United States District Judge